January 31, 2011Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 4635 | **DATE** | January 31, 2011 |
| **CASE TITLE** | Eric Vann (K77736) v. Warden Keith Anglin | | |

**DOCKET ENTRY TEXT:**

The Court has reviewed respondent's 1/25/11 status report. [18] Respondent's argument that the habeas corpus petition is untimely pursuant to 28 U.S.C. § 2244(d) is properly raised in accordance with the instructions in the Court's 12/23/10 order. [18] The Court construes respondent's 1/25/11 status report as a motion to dismiss. Respondent's counsel is given leave to file the mail logs from the Illinois Department of Corrections [18 at p.13] in the record if she is able to obtain the documents from the IDOC. The parties' cross-responses to the opposing parties' status reports remain due 2/15/10. Petitioner is advised to respond to all of respondent's arguments in his 1/25/11 status report including respondent's statute of limitations argument. *See* 28 U.S.C. § 2244(d), *Holland v. Florida*, 130 S. Ct. 2549 (2010); *Jimenez v. Quarterman*, 555 U.S. 113 (2009); *Moore v. Battaglia*, 476 F.3d 504 (7th Cir. 2007); *Escamilla v. Jungwirth*, 426 F.3d 868 (7th Cir. 2005). The Court will rule by mail and set any additional dates if necessary.

Docketing to mail notices.